UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                          Case No. 2:13-CR-20011

CHRISTOPHER COTTMAN                                                        DEFENDANT

# **O R D E R**

The Court is in receipt of a written request sent by Warden L.R. Thomas of the Bureau of Prisons, Metropolitan Detention Center ("MDC") in Los Angeles, California, that the time for the MDC staff to conduct the previously ordered psychological study of Defendant Christopher Cottman be extended for an additional 15 days, with a report to be provided to the Court on or before December 16, 2013. The primary basis for the request is the clinical psychologist's need to complete the testing and examination necessary to develop a history, diagnosis, and opinion. Warden Thomas also asks the Court to determine that the commitment period for the evaluation commenced upon Defendant's arrival at MDC on October 10, 2013.

On September 30, 2013, pursuant to the Court's authority under 18 U.S.C. § 3552(c), the Court entered an order (Doc. 24) directing Defendant to undergo a psychological examination for a period not to exceed thirty (30) days to determine whether Defendant is presently suffering from a mental disease or defect, for the purpose of assisting the Court in determining the mental condition of Defendant and the proper sentence to be imposed. Calculating 10 days from September 30, 2013 as a reasonable time for transport of Defendant pursuant to 18 U.S.C. § 3161(h)(1)(F), the Court concludes that the 30-day period for Defendant to undergo the aforementioned evaluation began to run on October 10, 2013, the date he arrived at MDC, and will conclude on November 9, 2013.

The Court finds that Warden Thomas's request for a 15-day extension should be granted in order for the Court to have the most complete report possible to determine the appropriate sentence to be imposed in this case.

IT IS THEREFORE ORDERED that time in which the evaluation of Defendant is to be completed is extended to November 24, 2013.

IT IS FURTHER ORDERED that the time in which the report of the examination is to be filed is extended to December 16, 2013.

The Clerk is directed to forward a copy of this Order by fax to the attention of Warden L.R. Thomas at MDC Los Angeles and to send a certified copy to the Records Office at MDC Los Angeles.

IT IS SO ORDERED this 30th day of October, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE